## JOHNSON v. COLUMBIA PHONOGRAPH CO.

## SAME v. NATIONAL GRAPHOPHONE CO.

(Circuit Court, E. D. Pennsylvania. January 28, 1901.)

Nos. 12, 13.

PATENTS—SUITS FOR INFRINGEMENT—PLEADING.

Unless under exceptional circumstances, a complainant in a suit for infringement will not be required to specify in his bill the particular claims of the patent relied on.[1]

In Equity. Suits for infringement of patent. On motions to require complainant to specify the claims of the patent relied on.

Horace Pettit, for complainant.
Philip Mauro, for respondents.

DALLAS, Circuit Judge. The practice adopted in Russell v. Repeating Arms Co. (C. C.) 97 Fed. 634, and followed in two instances in the Southern district of New York, is certainly exceptional. The propriety of its enforcement in those cases need not be questioned, but I have not been convinced that it should be insisted upon in those now before this court. Therefore the defendants' motions to require the complainant to specify the claims relied on are denied.